**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| JOSEPH P. BOUTROSS, | ) | **Case No. 13-06029** |
| | ) | |
| Debtor. | ) | **Honorable Jack B. Schmetterer** |

**CERTIFICATE OF SERVICE**

Brian A. Audette, an attorney, certifies that on the 26th day of April, 2016, he caused the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* to be filed electronically with the Court. Notice of this filing will be served by U.S. Mail, first-class postage prepaid, to the parties listed below:

American Express Travel Related Services
Company, Inc.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19322-0701

Estate of Donald Flynn
c/o Emerald Ventures
980 N. Michigan Ave. #1900
Chicago, IL 60611-7505

UBS Financial Services Inc.
Michael F. Braun
180 N. Stetson, Suite 3700
Chicago, IL 60601-6701

Joseph P. Boutross
91 Abbotsford Road
Winnetka, IL 60093

Estate of Donald F. Flynn
c/o McDermott Will & Emery LLP
Attn: William P. Smith
227 W. Monroe St.
Chicago, IL 60606-5096

Lehman Brothers Holdings, Inc.
c/o Barry S. Gold, Esq.
One Exchange Plaza
55 Broadway #1600
New York, NY 10006-3743

UBS Financial Services Inc.
Michael F. Braun
130 East Randolph St., Suite 3800
Chicago, IL 60601-6317

Lester A. Ottenheimer, III
Ottenheimer Law Group, LLC
750 Lake Cook Rd., Suite 290
Buffalo Grove, IL 60090

*/s/ Brian A. Audette*

87955-0008/130776941.1