**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BOUTROSS, JOSEPH P.          § Case No. 13-06029
                                    §
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $518,320.00                    Assets Exempt: $38,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,699.10      Claims Discharged
                                                  Without Payment: $1,090,423.30

Total Expenses of Administration: $7,300.90

3)  Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $190,269.04 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,300.90 | 7,300.90 | 7,300.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,569,700.01 | 1,108,122.40 | 17,699.10 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,767,269.95 | $1,115,423.30 | $25,000.00 |

4) This case was originally filed under Chapter 7 on February 18, 2013. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2016     By: /s/Brian Audette
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Japanese Tansu-19th Century Black Laquer Alter T | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Estate of Donald Flynn | 4210-000 | N/A | 190,269.04 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$190,269.04** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Perkins Coie LLP | 3110-000 | N/A | 3,942.00 | 3,942.00 | 3,942.00 |
| Rabobank, N.A. | 2600-000 | N/A | 35.95 | 35.95 | 35.95 |
| Rabobank, N.A. | 2600-000 | N/A | 34.71 | 34.71 | 34.71 |
| Rabobank, N.A. | 2600-000 | N/A | 38.24 | 38.24 | 38.24 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | $7,300.90 | $7,300.90 | $7,300.90 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | UBS Financial Services Inc | 7100-000 | N/A | 523,301.14 | 523,301.14 | 8,358.25 |
| 2 | Lehman Brothers Holdings, Inc. | 7100-000 | N/A | 274,041.71 | 274,041.71 | 4,377.04 |
| 3 | American Express Travel Related Services | 7100-000 | N/A | 856.05 | 856.05 | 13.67 |
| 4 -2 | Estate of Donald F. Flynn | 7100-000 | N/A | 309,923.50 | 309,923.50 | 4,950.14 |
| 4U | Estate of Donald Flynn | 7100-000 | N/A | 461,577.61 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $1,569,700.01 | $1,108,122.40 | $17,699.10 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-06029  
**Case Name:** BOUTROSS, JOSEPH P.

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/18/13 (f)  
**§341(a) Meeting Date:** 04/09/13  

**Period Ending:** 07/20/16

**Claims Bar Date:** 07/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Debtor's residence located 91 Abbotsford Road, W<br>Imported from original petition Doc# 1 | 488,000.00 | 148,000.00 | | 0.00 | FA |
| 2 | Cash on Debtor's person<br>Imported from Amended Doc#: 22 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | 1 Desktop computer (5 years old), printer, monit<br>Imported from Amended Doc#: 22 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Japanese Tansu-19th Century Black Laquer Alter T<br>Imported from Amended Doc#: 22 | 21,423.50 | 18,593.50 | | 25,000.00 | FA |
| 5 | Miscellaneous wearing apparel<br>Imported from Amended Doc#: 22 | 150.00 | 0.00 | | 0.00 | FA |
| 6 | 1 watch<br>Imported from Amended Doc#: 22 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | 1 Digital camera<br>Imported from Amended Doc#: 22 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | 401(k)<br>Imported from Amended Doc#: 22 | 19,000.00 | 0.00 | | 0.00 | FA |
| 9 | Interest in Limited Partnership (not liquid)<br>Imported from Amended Doc#: 22 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 9 | Assets   Totals (Excluding unknown values) | **$539,743.50** | **$176,593.50** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

5/31/16: TFR approved. Judge Schmetterer set status for 9/27. If TDR showing zero dollar balance is filed prior to that date, do not need to appear (cancel in Brian's calendar once TDR is submitted/filed).

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015      **Current Projected Date Of Final Report (TFR):**   June 30, 2016

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-06029
**Case Name:** BOUTROSS, JOSEPH P.
**Taxpayer ID #:** **-***2151
**Period Ending:** 07/20/16

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)
**Bank Name:** Rabobank, N.A.
**Account:** ******2466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/13 | {4} | Theresa M. Boutross | Payment per 11-21-13 court order | 1129-000 | 25,000.00 | | 25,000.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.95 | 24,964.05 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.71 | 24,929.34 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.24 | 24,891.10 |
| 05/31/16 | 101 | Perkins Coie LLP | Dividend paid 100.00% on $3,942.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,942.00 | 20,949.10 |
| 05/31/16 | 102 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 17,699.10 |
| 05/31/16 | 103 | UBS Financial Services Inc | Dividend paid 1.59% on $523,301.14; Claim# 1 -2; Filed: $523,301.14; Reference: | 7100-000 | | 8,358.25 | 9,340.85 |
| 05/31/16 | 104 | Lehman Brothers Holdings, Inc. | Dividend paid 1.59% on $274,041.71; Claim# 2; Filed: $274,041.71; Reference: | 7100-000 | | 4,377.04 | 4,963.81 |
| 05/31/16 | 105 | American Express Travel Related Services | Dividend paid 1.59% on $856.05; Claim# 3; Filed: $856.05; Reference: | 7100-000 | | 13.67 | 4,950.14 |
| 05/31/16 | 106 | Estate of Donald F. Flynn | Dividend paid 1.59% on $309,923.50; Claim# 4 -2; Filed: $309,923.50; Reference: | 7100-000 | | 4,950.14 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$25,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2466** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 07/20/2016 09:23 AM   V.13.28